742

*Mr. Douglas B. Maggs* ıor petitioner. *Mr. Albert B. Chipman* for respondents.

No. 848. LYNBROOK GARDENS, INC. *v.* ULLMAN. May 15, 1944. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Cornelius O. Donahue* for petitioner. *Mr. Thayer Burgess* for respondent. *Messrs. Ignatius M. Wilkinson, Ray L. Chesebro, Ganson Taggart, Leo Brown,* and *Charles S. Rhyne* on behalf of the National Institute of Municipal Law Officers; *Mr. Mortimer M. Kassell* on behalf of the State Tax Commission of New York; and *Mr. L. Arnold Frye* on behalf of Chautauqua County et al., filed briefs, as *amici curiae,* in support of the petition. *Mr. Milton Pinkus* filed a brief on behalf of Anne M. Leach, as *amicus curiae,* in opposition to the petition.

No. 849. BOWMAN ET AL. *v.* BOWLES, PRICE ADMINISTRATOR. May 15, 1944. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Mr. Paul W. Steer* for petitioners. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 853. BELLAVANCE *v.* FRANK MORROW CO., INC. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Harold E. Cole* for petitioner. *Mr. Nathaniel Frucht* for respondent.

No. 877. HIGHFILL ET AL. *v.* DILATUSH. May 15, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Archer Wheat-*